UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24-CR-00017 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | **MOTION TO WITHDRAW OF MARISA T. DARDEN AND ALLYSON R. CADY AND BE REAPPOINTED THROUGH THE CJA** |
| ZUBAIR MEHMET ABDUR RAZZAQ AL ZUBAIR, et al., | ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that the undersigned counsel, Marisa T. Darden and Allyson R. Cady, hereby withdraw as counsel of record for Defendant Muzzammil Muhammad Al Zubair, and be reappointed through the Criminal Justice Act, pursuant to the Financial Affidavit that was filed on behalf of Muzzammil.

Respectfully submitted,

/s/Marisa T. Darden
Marisa T. Darden (0098583)
Allyson R. Cady (0098830)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square Suite 4900
Cleveland, OH 44114-1304
mdarden@benesch.com
Telephone: 216.363.4440
Fax: 216.363.4588

*Attorneys for Defendant*
*Muzzammil Muhammad Al Zubair*

For good cause shown

GRANTED: X   DENIED: ___
IT IS SO ORDERED.
_____ 4/29/24
U.S. DISTRICT JUDGE

24357464 v1