UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: December 18, 2024

CASE NO.  1:24 CR 17

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

ZUBAIR MEHMET ABDUR RAZZAQ AL ZUBAIR (1)
MUZZAMMIL MUHAMMAD AL ZUBAIR (2)

APPEARANCES:    Plaintiff: Matthew Shepherd, Om Kakani

Defendant: Ali Haque, Carole Rendon, Paul Mathias Min Willison (1)

Allison Cady, Marisa Darden, Rob Kolansky (2)

PROCEEDINGS: Telephonic PT held w/ all counsel participating. Case cont'd @ each Def's request to complete discovery is granted for good cause & in the interests of justice — USA may supercede indictment in early Feb if Def's do not accept USO's offer of a resolution.
PT + possible Arraignment set 2/19/25 @ 9:00AM w/ all counsel + each Def present.

Length of Proceedings: 15mn

_Donald C. Nugent_ 12/18/24
Donald C. Nugent, U.S. District Judge