IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24 CR 017 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| ZUBAIR MEHMET ABDUR RAZZAQ AL, | ) | |
| ZUBAIR, aka ZUBAIR MEHMET | ) | |
| ABDUR RAZZAQ, ET AL., | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANTS' EMERGENCY MOTION |
| | ) | TO ENJOIN DESTRUCTION OF SEIZED |
| Defendants. | ) | WATCHES AND FOR RETURN |

NOW COMES Plaintiff United States of America, through the undersigned Assistant United States Attorney, and respectfully submits Government's Response to Defendants' Emergency Motion to Enjoin Destruction of Seized Watches and For Return. (R. 170: Emergency Motion, PageID 3190).

At a Pretrial Conference and Motions Hearing, on November 17, 2025, the government advised the Court and Defendants that all the watches seized during the investigation in this matter were determined to be counterfeit and of little value; consequently, the government does not intend to pursue forfeiture of the watches at the forfeiture hearing after the jury's verdict. Subsequently, the government filed Government's Motion for Destruction Order. (R. 169: Motion, PageID 3143).

In its motion, the government asserts that the counterfeit nature of the watches and the related trademark infringement has effectively rendered them contraband and that an order to

destroy the watches would be more appropriate than returning such a large number of counterfeit properties (39) to the Defendants/owners.  Defendants claim in their emergency motion that the government needs to be enjoined from destroying the watches because, "[d]estruction would irreparably prejudice Defendants' right to present a complete defense, would eliminate material exculpatory evidence, and would constitute unconstitutional spoilation." (R. 170: Emergency Motion, PageID 3191).

The government respectfully submits:

1. The government does not need to be enjoined from destroying the watches because the government will not destroy the watches without a Court Order authorizing it to do so.
2. The government will maintain custody of the watches until this case has concluded, in the event the watches are needed as evidence.
3. The government confirms its previous position that the government does not intend to pursue forfeiture of the counterfeit watches at the forfeiture hearing after the jury's verdict.
4. When the case has concluded, if the Government's Motion for Destruction Order is granted, then the government will destroy the counterfeit watches, and if the government's motion is denied, then the government will return the counterfeit watches to Defendants.

WHEREFORE the United States respectfully submits Government's Response to Defendants' Emergency Motion to Enjoin Destruction of Seized Watches and For Return.

        Respectfully submitted,

        DAVID M. TOEPFER
        United States Attorney

By:    /s/ Henry F. DeBaggis
        Henry F. DeBaggis (OH: 0007561)
        Assistant U.S. Attorney
        Carl B. Stokes U.S. Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
        216.622.3749
        Henry.DeBaggis@usdoj.gov