TRIAL MINUTES                                        Northern District of Ohio, Eastern Division

DATE: January 28, 2026

UNITED STATES OF AMERICA

JUDGE  Donald C. Nugent

CASE NUMBER  1:24 CR 17

vs.

ZUBAIR MEHMET ABDUR RAZZAQ AL ZUBAIR (1),
MUZZAMIL MUHAMMAD AL ZUBAIR (2),
MICHAEL LEON SMEDLEY (3)

COURT REPORTER: Susan Trischan

Length of Proceedings: 480 MIN.

TRIAL TO [ ] COURT  [X] JURY
[ ] OPENING STATEMENTS OF COUNSEL
PLTF'S CASE [ ] BEGUN  [ ] CONTINUED &  [ ] NOT CONCLUDED  [ ] CONCLUDED
DEFT'S CASE [ ] BEGUN  [ ] CONTINUED &  [ ] NOT CONCLUDED  [ ] CONCLUDED
[ ] TESTIMONY TAKEN (See Witness List)
[ ] REBUTTAL OF PLTF    [ ] SURREBUTTAL OF DEFT
[ ] FINAL ARGUMENTS     [X] CHARGE TO THE JURY
JURY DELIBERATIONS [ ] BEGUN  [X] CONTINUED &  [ ] NOT CONCLUDED  [X] CONCLUDED

ADJOURNED UNTIL _____ AT _____

Jury continues deliberations. The Jury returned unanimous Verdicts of guilty against the Defendant Zubair Mehmet Abdur Razzaq Al Zubair ("Zubair") on Counts 1-21, 23, 25, 26, 28, 30, 31, and 32 of the superseding indictment and a Verdict of not guilty on Count 22. The Jury also returned a unanimous Special Verdict of Forfeiture related to Count 1 involving 44 firearms seized from Defendant Zubair. The Jury returned Verdicts of guilty against Defendant Muzzamil Muhammad Al Zubair ("Muzzamil") on Counts 1-12, 14-21, 24, 26, 28, 30-32 of the superseding indictment and a Verdict of not guilty on Count 13. The Jury also returned a Special Verdict of Forfeiture related to Count 1 involving 26 firearms and a motorcycle seized from Defendant Muzzamil. The Jury returned unanimous Verdicts of guilty against Defendant Michael Leon Smedley ("Smedley") on Counts 26, 27, 29, 31 and 32 of the superseding indictment. Court polls jury on the guilty phase and the forfeiture phase and accepts each verdict and special verdict findings. Each defendant referred for a Presentence Investigation Report. Sentencing set for May 5, 2026 at 10:00 am. Each Defendant remanded to the custody of the United States Marshal.

[ ] EXHIBITS LOCATED IN _____

[ ] EXHIBITS RETURNED TO COUNSEL

/s/ Donald C. Nugent